IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SULIMAN ALI,** | : | |
| Plaintiff | : | No. 1:20-cv-01462 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **K. KAUFFMAN and CONNIE GREEN,** | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 2nd day of September 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 13) is **GRANTED**, and Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted;

2. Plaintiff may file an amended complaint against Defendants that corrects the deficiencies identified in the accompanying Memorandum within thirty (30) days of the date of this Order;

3. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form; and

4. If Plaintiff fails to file an amended complaint within thirty (30) days of the date of this Order, the action is subject to dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania