IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SULIMAN ALI, | : | |
|     Plaintiff | : | No. 1:20-cv-01462 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| MR. RIVELLO, et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 28th day of October 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 19) is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted;

2. Defendants' motion to dismiss (Doc. No. 20) is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                             s/ Yvette Kane
                                                        Yvette Kane, District Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania